UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Leila Kasso, | No. 23-cv-2777 (KMM/TNL) |
| Plaintiff, | |
| v. | **BRIEFING ORDER** |
| Police Officers' Federation of Minneapolis; | |
| Defendant. | |

On January 18, 2024, Defendant Police Officers' Federation of Minneapolis filed a Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). [Doc. 37.] In light of Plaintiff Leila Kasso's status as a self-represented litigant, the Court issues this Briefing Order and modifies the deadlines for submission of the response and reply briefs imposed by District of Minnesota Local Rule 7.1(c). Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Leila Kasso shall file a response in opposition to Defendant's Motion to Dismiss **on or before February 15, 2024**.

2. Defendant shall file a reply memorandum in support of Defendant's Motion to Dismiss **within 14 days of being served with Plaintiff's opposition**.

3. Upon receipt of the briefing permitted by this Order, the Court will take the matter under advisement and issue a written Order on the Motion to Dismiss without a hearing.

Date: January 19, 2024          *s/Katherine Menendez*
                                Katherine Menendez
                                United States District Judge